**WEILAND GOLDEN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
Christopher J. Green, State Bar No. 295874
cgreen@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Debtor and Debtor-in-Possession
Dorothy Hannah Hamilburg

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:15-bk-10528-PC |
| DOROTHY HANNAH HAMILBURG, | Chapter 11 |
| Debtor in Possession. | **NOTICE OF LAST DATE TO FILE PROOFS OF CLAIM** |
| | **BAR DATE:  JUNE 16, 2015** |

**TO ALL CREDITORS AND OTHER INTERESTED PARTIES:**

**NOTICE OF CLAIMS BAR DATE:**

The Bankruptcy Court has set a deadline of **June 16, 2015** for creditors of Dorothy Hannah Hamilburg (the "Debtor"), to file proofs of claim against the Debtor's estate.

**IF YOU HAVE ALREADY FILED A PROOF OF CLAIM IT IS NOT NECESSARY TO FILE AGAIN.**

The exceptions to this deadline for filing proofs of claim are: (1) claims arising from rejection of executory contracts or unexpired leases, (2) claims of governmental units, and (3) claims arising as a result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is: **(a) 30 days after the date of entry of the order authorizing the rejection, or (b) June 16, 2015, whichever is later**.

For claims of "governmental units," as that term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed if: **(a) before 180 days after the date of the order for**

Weiland Golden LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  **relief in this case, or (b) by June 16, 2015, whichever is later**. *See* 11 U.S.C.
2  § 502(b)(9).

3  For claims arising from the avoidance of a transfer under chapter 5 of the
Bankruptcy Code, the last day to file a proof of claim is: **(a) 30 days after the entry of
4  judgment avoiding the transfer, or (b) June 15, 2015, whichever is later**.

5  If you are listed on the Schedules of Assets and Liabilities of the Debtor (the
"Schedules") <u>and</u> your claim is not scheduled as disputed, contingent, unliquidated, or
6  unknown, your claim or interest is deemed filed in the amount set forth in the Schedules,
7  and the filing of a proof of claim is unnecessary if you agree that the amount scheduled is
correct and that the category in which your claim or interest is scheduled (secured,
8  unsecured, etc.) is correct. *See* 11 U.S.C. § 1111(a).

9  If your claim is not listed on the Schedules <u>or</u> is scheduled as disputed, contingent,
unliquidated or unknown, <u>or</u> you disagree with the amount or category scheduled for your
10  claim or interest, you must file a proof of claim. **If you intend to file a proof of claim, the
11  proof of claim must be filed with the United States Bankruptcy Court located at:**

12  **United States Bankruptcy Court
1415 State Street
13  Santa Barbara, California 93101**

14  To receive a conformed copy of your proof of claim from the Clerk's office, include
15  an extra copy of your proof of claim and a self-addressed stamped envelope.

16  To assist you in ascertaining the status of your claim, the Debtor's Schedules and
any amendments thereto are on file with the Clerk of the Bankruptcy Court located at
17  1415 State Street, Santa Barbara, California 93101, and are available for inspection
between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.
18

19  **Failure of a creditor to file timely a proof of claim on or before the deadline
may result in <u>disallowance</u> of the claim or subordination under the terms of a plan
20  of reorganization without further notice or hearing. 11 U.S.C. § 502(b)(9). Creditors
may wish to consult an attorney to protect their rights.**
21

22  For your convenience, a proof of claim form is enclosed. <u>The enclosed proof of
claim form is to be used only for claims against the Debtor's estate arising prior to March
23  16, 2015, the date of the filing of the Debtor's bankruptcy petition.</u>

24  Dated: May 7, 2015                              WEILAND GOLDEN LLP

25

26                                                         By:  */s/ Beth E. Gaschen*
                                                              BETH E. GASCHEN
27                                                            Attorneys for Debtor,
                                                              Dorothy Hannah Hamilburg
28

**WEILAND GOLDEN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT    Central District of California | PROOF OF CLAIM |
|---|---|

**Name of Debtor:**

DOROTHY HANNAH HAMILBURG

**Case Number:**

9:15-bk-10528-PC

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**COURT USE ONLY**

Name and address where notices should be sent:




Telephone number:                        email:

❑ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
  (*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):




Telephone number:                        email:

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**        $_____

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

❑Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _____
    (See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** __ __ __ __ | **3a. Debtor may have scheduled account as:** _____ (See instruction #3a) | **3b. Uniform Claim Identifier (optional):** __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ (See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ❑Real Estate  ❑Motor Vehicle  ❑Other
**Describe:**

**Value of Property: $**_____

**Annual Interest Rate**_____% ❑Fixed  or  ❑Variable
**(when case was filed)**

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**

$_____

**Basis for perfection:** _____

**Amount of Secured Claim:**    $_____

**Amount Unsecured:**        $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

❑ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

❑ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

❑ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

❑ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

❑ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

❑ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(___).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (04/13)    2

**7. Documents:**  Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A).  If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "**redacted**".)*

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

---

**8. Signature:**  (See instruction #8)

Check the appropriate box.

❑ I am the creditor.    ❑ I am the creditor's authorized agent.    ❑ I am the trustee, or the debtor,    ❑ I am a guarantor, surety, indorser, or other codebtor.
                                                                          or their authorized agent.    (See Bankruptcy Rule 3005.)
                                                                          (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company: _____
Address and telephone number (if different from notice address above): _____

_____    _____
_____    (Signature)                                    (Date)

Telephone number: _____    email: _____

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

---

### INSTRUCTIONS FOR PROOF OF CLAIM FORM
*The instructions and definitions below are general explanations of the law.  In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case.  A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5.  Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred.  Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.  If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3.  Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As**:
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the

claim is entirely unsecured.  (See Definitions.)  If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority.  (See Definitions.)  A claim may be partly priority and partly non-priority.  For example, in some of the categories, the law limits the amount entitled to priority.

**6.  Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7.  Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d).  If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8.  Date and Signature:**
The individual completing this proof of claim must sign and date it.  FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief.  Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration.  Print the name and title, if any, of the creditor or other person authorized to file this claim.  State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

B10 (Official Form 10) (04/13)                                                                                                          3

_____DEFINITIONS_____                                                                          _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing.  See 11 U.S.C. §101 (5).  A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing.  The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor.  The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors.  The amount of the secured claim cannot exceed the value of the property.  Any amount owed to the creditor in excess of the value of the property is an unsecured claim.  Examples of liens on property include a mortgage on real estate or a security interest in a car.   A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding.  In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim.  A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information.  A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims.  One or more of these entities may contact the creditor and offer to purchase the claim.  Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor.  These entities do not represent the bankruptcy court or the debtor. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF LAST DATE TO FILE PROOFS OF CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **May 7, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) **May 7, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 7, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Peter Carroll, 1415 State Street, Santa Barbara, CA 93101

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 7, 2015 | Kelly Adele | /s/ Kelly Adele |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
1028204.1

**F 9013-3.1.PROOF.SERVICE**

Dorothy Hannah Hamilburg
28926 Cliffside Drive
Malibu, CA 90265
**Debtor**

28926 Cliffside, LLC
Attn: David Camel, Esq.
1925 Century Park East, Suite 1260
Los Angeles, CA 90067

Alfie Krakow
31276 Mulholland Highway
Malibu, CA 90265-2700

Caren R. Nielson, Esq.
Law Offices of Caren R. Nielsen
21700 Oxnard Street, 7th Floor
Woodland Hills, CA 91367-3642

Carol Cortne
P.O. Box 902
Agoura Hills, CA 91376

Carol Cortne
300 W. Rainbow Crest Drive
Agoura Hills, CA 91301

Denise T. Balentine
c/o BCS Films
3910 Sierks Way
Malibu, CA 90265

Donato Errico
c/o Martin D. Singer, Esq.
Lavely & Singer Prof. Corp.
2049 Century Park East, Suite 2400
Los Angeles, CA 90067

Dorman Nelson
5132 York Blvd., #718
Los Angeles, CA 90050

Edmund C. Olsen Trust No. 2
Attn: Laurie Murphy, Esq.
1888 Century Park East, Suite 1100
Los Angeles, CA 90067

Eileen B. Federizo, Esq.
ElderWell
5805 White Oak Ave., #16744
Encino, CA 91416

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 1910-7346

~~Jarod Wright dba Onion Town Builders~~
~~26 Main St.~~
~~Machias, ME 04654~~
**MAIL RETURNED 5/6/15**

John Kissonas
12400 Ventura Boulevard, Suite 856
Studio City, CA 91604

John Mclaughlin
1937 Nettlebrook Street
Westlake Village, CA 91361

JP Morgan Chase Bank, N.A.
Attn: Customer Service Research
Mail Code: 0H4-7302
P.O. Box 24696
Columbus, OH 43224-0696

Lawrence M. Lebowsky, Esq.
11377 W. Olympic Blvd., 9th Floor
Los Angeles, CA 90064

Leslie St. Nickols
Saddleback Memorial Medical Center
24451 Health Center Drive
Laguna Hills, CA 92653

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054

Los Angeles Recorder of Deeds
500 W. Temple Street
Los Angeles, CA 90012

Max Korolov
P.O. Box 5405
Beverly Hills, CA 90209

Nationstar Mortgage, LLC
8950 Cypress Waters Boulevard
Coppell, TX 75019

Pine Tree Forest Investments LLC
422 N. Camden Drive, #400
Beverly Hills, CA 90210

Quality Loan Service Corp
411 Ivy Street
San Diego, CA 92101

Rick Rubin
c/o Allen S. Halfon, CPA
21255 Burbank Blvd., Suite 320
Woodland Hills, CA 91367

Samir Rafeh
1401 W. Rancho Vista Boulevard, #B
Palmdale, CA 93551

Sanford M. Ehrman, Esq.
232 N. Canon Drive., Fl. 1
Beverly Hills, CA 90210

Securities and Exchange Commission
444 S. Flower Street, #900
Los Angeles, CA 90071

State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279

Stephen L. Jones, Esq.
Overton, Lyman & Prince, LLP
500 S. Grand Ave., 19th Floor
Los Angeles, CA 90071

Steven L. Bryson
Law Office of Steven L. Bryson
11377 W. Olympic Boulevard, #500
Los Angeles, CA 90064

Ted, the Drain Brain
29500 Heathercliff Road
Malibu, CA 90265

Tom Caldwell, Esq.
The Law Office of Thomas Caldwell
21900 Burbank Boulevard
Third Floor
Woodland Hills, CA 91367

Town of Machiasport Assessor
8 Unity Square
Machiasport, ME 04655

Veriprise Processing Solutions
750 State Highway
121 BYP #100
Lewisville, TX 75067

Wilmington Savings Fund Society, FSB
d/b/a Christina Trust
Nationstar Mortgage LLC
P.O. Box 619096
Dallas, TX 75261

Zacky P. Rozio, Esq.
Fadlon & Rozio
P.O. Box 11587
Beverly Hills, CA 90213

Zeta Fairbrother
2926 Valmere Drive
Malibu, CA 90265
MAIL RETURNED 5/1/15

**Electronic Mail Notice List**

Greg P Campbell      ecfcacb@piteduncan.com, gc@ecf.inforuptcy.com
Brian D Fittipaldi      brian.fittipaldi@usdoj.gov
Beth Gaschen      bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
Jeffrey I Golden      jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
Christopher J Green      cgreen@wgllp.com, chrisgreen@ucla.com;kadele@wgllp.com
Jeffrey S Shinbrot      jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
Gary F Torrell      gft@vrmlaw.com
United States Trustee (ND)      ustpregion16.nd.ecf@usdoj.gov
Darlene C Vigil      cdcaecf@bdfgroup.com